**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HOMES & LAND AFFILIATES, LLC,**

        **Plaintiff,**

-vs-                                              **Case No. 6:05-cv-1812-Orl-31KRS**

**HOMES & LAND OF AMERICA, INC., et al.,**

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PROVIDE RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION AND COMPLETE RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANTS (Doc. No. 32)
>
> **FILED:** May 2, 2006
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

On May 2, 2006, Plaintiff Homes & Land Affiliates, LLC (HLA), filed the present motion seeking, among other things, an order compelling the defendants to respond to certain requests for production as quoted in the motion. As of the writing of this order, the defendants had not responded to the motion to compel and the time for doing so has passed. Hence, the motion will be treated as unopposed.

It is **ORDERED** that each of the defendants shall produce documents responsive to HLA's requests for production that are within each defendant's possession, custody or control on or before June 1, 2006. All objections to the requests to produce, other than privilege, have been waived by failing to respond timely to the discovery requests. Any documents, or portions thereof, withheld based on assertion of privilege must be listed in a privilege log served on opposing counsel on or before June 1, 2006.

In addition, HLA seeks an order compelling the defendants to supplement their responses to certain interrogatories quoted in the motion. This request is also unopposed. Accordingly, it is **ORDERED** that each of the defendants shall serve sworn supplemental responses to interrogatories numbers 1, 6 & 8 on opposing counsel on or before June 1, 2006

**DONE** and **ORDERED** in Orlando, Florida on May 22, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties