IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOMES & LAND AFFILIATES, LLC,

      Plaintiff,

vs.                                          CASE NO.: 6:05-cv-1812-Orl-31KRS

HOMES & LAND OF AMERICA, INC.,
HOMES & LAND REALTY OF
CLAIRMONT, INC., HOMES & LAND
REALTY OF DAYTONA BEACH, INC.,
HOMES & LAND REALTY OF
ORLANDO, INC., HOMES & LAND REALTY
OF DAYTONA BEACH, LLC, HOMES & LAND REALTY
OF INTERLACHEN, LLC, HOMES & LAND
REALTY INTERNATIONAL, LLC, HOMES & LAND
REALTY OF JACKSONVILLE, LLC,
HOMES & LAND REALTY OF OCALA, LLC,
HOMES & LAND REALTY OF ORLANDO,
LLC, HOMES & LAND REALTY OF
PALM COAST, LLC, AMANDA J. SALAAM,
BIBI A. SALAAM, MATTHEW B. SALAAM,
MOHAMED B. SALAAM and KHALID MUNEER,

      Defendants.
_____/

## REPORT OF THE MEDIATOR

      A mediation conference was held in this case on July 28, 2006 before the undersigned mediator and the following occurred:

      1.      All required parties were present with full settlement authority, and counsel for all parties were present.

      2.      The case settled.

O0293402v1

## Certificate of Service

I HEREBY CERTIFY that on July 28, 2006 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of filing to all CM/EFC participants.

/S/Darryl M. Bloodworth
DARRYL M. BLOODWORTH, ESQUIRE
Florida Bar No. 141258
Dean, Mead, Egerton, Bloodworth,
  Capouano & Bozarth, P.A.
Post Office Box 2346
Orlando, Florida 32802-2346
Telephone: (407) 841-1200
Fax: (407) 423-1831
E-Mail: dbloodworth@deanmead.com

Mediator

O0293402v1