**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HOMES & LAND AFFILIATES, LLC,**

       **Plaintiff,**

-vs-                                                          Case No. 6:05-cv-1812-Orl-31KRS

**HOMES & LAND OF AMERICA, INC., HOMES & LAND REALTY OF CLAIRMONT, INC., HOMES & LAND REALTY OF DAYTONA BEACH, INC., HOMES & LAND REALTY OF ORLANDO, INC., HOMES & LAND REALTY OF DAYTONA BEACH, LLC, HOMES & LAND REALTY OF INTERLACHEN, LLC, HOMES & LAND REALTY INTERNATIONAL, LLC, HOMES & LAND REALTY OF JACKSONVILLE, LLC, HOMES & LAND REALTY OF OCALA, LLC, HOMES & LAND REALTY OF ORLANDO, LLC, HOMES & LAND REALTY OF PALM COAST, LLC, AMANDA J. SALAAM, BIBI A. SALAAM, MATTHEW B. SALAAM, MOHAMED B. SALAAM and KHALID MUNEER,**

       **Defendants.**
_____

# AMENDED ORDER
## (To Correct Scrivener's Error)

Upon consideration of the Mediator's Report (Doc. 43) and the Joint Stipulation for Entry of Permanent Injunction (Doc. 42), it is

**ORDERED** that:

1.  Plaintiff's HOMES & LAND trademarks and its HOMESANDLAND.COM service mark are valid and enforceable; and

2.  Defendants, together with their officers, directors, managers, agents, affiliates, and employees are hereby permanently enjoined from registering, advertising, listing, or using any business name, trademark, service mark, domain name, or Internet address that uses Plaintiff's HOMES & LAND or HOMESANDLAND.COM marks or that has the words "Homes" and "Land" together therein or any colorable variations thereof.

3.  Defendants shall have thirty (30) days from the date of this Order to comply with this Injunction as to its Internet address and MLS listings, and shall have one hundred twenty (120) days from the date of this Order to comply with this Injunction as to all print advertising; and as to any telephone directory listings, shall comply with this Injunction at the next reprinting of each telephone directory.

4.  This Court shall retain jurisdiction to ensure compliance with the above Injunction provisions.

5.  Each party shall bear their respective costs and fees.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 7, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party