**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HOMES & LAND AFFILIATES, LLC,**

      **Plaintiff,**

-vs-                                                                 **Case No. 6:05-cv-1812-Orl-31KRS**

**HOMES & LAND OF AMERICA, INC.,
HOMES & LAND REALTY OF
CLAIRMONT, INC., HOMES & LAND
REALTY OF DAYTONA BEACH, INC.,
HOMES & LAND REALTY OF
ORLANDO, INC., HOMES & LAND
REALTY OF DAYTONA BEACH, LLC,
HOMES & LAND REALTY OF
INTERLACHEN, LLC, HOMES & LAND
REALTY INTERNATIONAL, LLC,
HOMES & LAND REALTY OF
JACKSONVILLE, LLC, HOMES & LAND
REALTY OF OCALA, LLC, HOMES &
LAND REALTY OF ORLANDO, LLC,
HOMES & LAND REALTY OF PALM
COAST, LLC, AMANDA J. SALAAM,
BIBI A. SALAAM, MATTHEW B.
SALAAM, MOHAMED B. SALAAM and
KHALID MUNEER,**

      **Defendants.**
_____

## ORDER

The cause came before the Court on a Show Cause hearing held on December 1, 2006. After hearing evidence and argument of counsel the court finds that the Defendants are in violation of the Court's prior order and are found in civil contempt. The Defendants will have until 5 p.m. on Monday, December 4, 2006 to remove the name "Homes and Land" from the

Internet. For every day the name remains on the Internet after December 4, 2006 the defendants will be fined $100.00 per day until the contempt is purged. The court further finds that the Plaintiff is entitled to recover it's costs and attorney's fees for bringing this contempt motion and shall submit an application for its fees and costs within 10 days from the date of this order.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on December 1, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE