IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOMES & LAND AFFILIATES, LLC,

        Plaintiff,

CASE NO.: 6:05-cv-1812-Orl-31KRS

vs.

HOMES & LAND OF AMERICA, INC., et al.

        Defendants.

_____/

## PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS WITH INCORPORATED MEMORANDUM OF LAW

In accordance with Rule 54(2)(A), Fed. R. Civ. P., Local Rule 4.18(a), and this Court's Order dated December 1, 2006 (Dkt. 61), Plaintiff Homes & Land Affiliates, LLC hereby moves for entry of a judgment for attorneys fees and costs for bringing Plaintiff's contempt motion, and in support thereof states as follow:

1. After hearing evidence and argument of counsel on Plaintiff's motion on December 1, 2006, the Court found Defendants in civil contempt. *See* Dkt. 61.

2. After the Court's order of contempt, the undersigned asked the accounting department of Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A. to prepare a financial report detailing those attorneys fees and costs associated with bringing the motion for contempt.

3. The undersigned counsel includes by reference the attached Affidavit of Ms. Radene R. Anderson and the Matter Ledger Report appended to her affidavit in support of this application for attorneys fees and costs

1

associated with bringing the contempt motion .

WHEREFORE, Plaintiff respectfully requests the Court enter an Order awarding attorneys fees and costs to the Plaintiff in the amount of $5036.98 (five thousand thirty six dollars and ninety eight cents).

### 3.01(g) CERTIFICATION

The undersigned has contacted Defendants' counsel Marc Dwyer, Esquire who advised the undersigned that, while Defendants do not object to the amount of fees and costs, Defendants could not pay the requested amount so as to avoid the necessity for filing this motion.

Respectfully submitted,

s/Herbert L. Allen
**Herbert L. Allen**
Florida Bar No. 114126
**Gregory B. Allen**
Florida Bar No. 550752
ALLEN, DYER, DOPPELT, MILBRATH
   & GILCHRIST, P.A.
255 S. Orange Avenue, Suite 1401
Orlando, Florida 32801
Telephone: 407-841-2330
Facsimile: 407-841-2343
E-mail: hallen@addmg.com
         gallen@addmg.com

**Attorneys for Plaintiff
Homes & Land Affiliates, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 8, 2006, the foregoing document was filed with the Clerk of the Court by using the Case Management/Electronic Case Filing ("CM/ECF") system, which will send a notice of electronic filing to the following participant:

Marc E. Dwyer, Esquire
Knight, Dwyer & Nowell, P.A.
111 N. State Street
Bunnell, Florida 32110
Telephone: 386-437-1668
Facsimile:   386-437-1309
marc@knightdwyernowell.com

Attorney for Defendants

                                                s/ Herbert L. Allen

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOMES & LAND AFFILIATES, LLC,

      Plaintiff,

CASE NO.: 6:05-cv-1812-Orl-31KRS

vs.

HOMES & LAND OF AMERICA, INC., et al.

      Defendants.
_____/

## AFFIDAVIT OF MS. RADENE R. ANDERSEN

State of Florida   :
                      : ss
County of Orange :

    Radene R. Andersen having first appeared before the undersigned officer who is duly authorized to administer oaths in the State of Florida did depose and say:

    1.    I am over 21 years of age and make this affidavit based upon my personal knowledge.

    2.    I am an employee at the law firm of Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A. ("the Firm") in the Orlando office.

    3.    I maintain computer records relating to the Firm's accounting department.

    4.    On Friday, December 8, 2006, I prepared a report detailing the attorney fees and costs to date in the above-referenced litigation.

    5.    The report identifies those attorney entries and costs relating to the filing of the Motion for an Order to Show Cause in this case.

6. I then prepared a report detailing those entries relating to the motion, and a true and correct copy of the report is attached hereto as Exhibit A.

FURTHER AFFIANT SAYETH NOT.

_____
Radene R. Andersen

Subscribed and sworn to before me this ____ day of December, 2006.

_____
Notary Public
My commission expires:

**Shelley Hotz**
Commission # DD425698
Expires July 26, 2009
Bonded Troy Fain - Insurance, Inc. 800-385-7019

__X__ Personally known to me.

____ Provided the following identification:

_____

# Matter Ledger Report

**Allen, Dyer, Doppelt, Milbrath & Gilchrist**

| Client | HOMESL | | | Infringement of IP Rights by Homes & Land Realty Daytona Beach | |
|---|---|---|---|---|---|
| Matter | 39232 | | | | |

## Time

| Name | Date | Hours | $ Value | Ref # | Text |
|---|---|---|---|---|---|
| Gregory B Allen | 09/05/06 | 0.25 | 46.25 | GE5300 | Conduct telephone conference with WWA Realtor regarding MLS listings as Homes and Land Realty Group. |
| Gregory B Allen | 09/11/06 | 1.75 | 323.75 | GE5515 | Draft letter to Attorney Marc Dwyer regarding contempt; conduct research on contempt order, motion and appropriate sanctions. |
| Gregory B Allen | 09/12/06 | 0.75 | 138.75 | GF6450 | Finish research of Mr. Mohamed Salaam's MLS and website, send letter to Attorney Marc Dwyer with attachment. |
| Gregory B Allen | 09/27/06 | 2.25 | 416.25 | GG2784 | Research continuing Internet and MLS infringement by Mohamed Salaam and his officers/employees. Begin drafting motion for contempt. Telephone call to Marc Dwyer, Esq. regarding 3.01(g) motion conference - left message b/c Dwyer out all week. |
| Gregory B Allen | 10/03/06 | 0.50 | 92.50 | GJ9715 | Conduct telephone conference with Attorney Marc Dwyer; compose letter to Attorney Marc Dwyer regarding Motion. |
| Gregory B Allen | 10/04/06 | 3.50 | 647.50 | GJ9738 | Prepare Motion for Contempt; complete legal research for the Motion. |
| Gregory B Allen | 10/05/06 | 2.50 | 462.50 | GJ9742 | Finalize research; finish Motion and attached exhibits; file Motion. |
| Gregory B Allen | 10/30/06 | 0.50 | 92.50 | GK2344 | Telephone call to Isabella, Deputy Clerk for Middle District; Pending Motion filed October 5, 2006 has been called to Judge Presnell's attention and she can't advise when he will rule on it (she shows no response filed as of today); beforehand, research |
| Gregory B Allen | 11/1/2006 | 0.25 | 46.25 | GK7650 | Telephone call to Middle District Court clerk regarding status of the Motion for Order to Show cause; check response on Pacer court access system. |
| Gregory B Allen | 11/1/2006 | 0.25 | 46.25 | GK8613 | Prepare letter to client regarding Judge Presnell's Order issued today; docketed calendar for Defendant's response by November 17th. |
| Gregory B Allen | 11/20/06 | 0.20 | 37 | GN1520 | Review Marc Dwyer's filing of an opposition to our contempt motion. Telephone conference with HLA regarding filing a reply memorandum. |
| Herbert L. Allen | 11/20/06 | 0.35 | 113.75 | GN8210 | Review Dwyer's response to Show Cause Order; telephone conference with Mr. Dwyer; telephone conference with Ms. Smith. |
| Herbert L. Allen | 11/20/06 | 1.25 | 406.25 | GN8241 | Dictate affidavit for Ms. Smith; draft motion for leave to file reply or to strike; review Defendant's evidence. |
| Herbert L. Allen | 11/21/06 | 0.50 | 162.5 | GN8258 | Review Motion for Leave to File Reply, or in Alternative to Strike Defendants' Evidence. |
| Herbert L. Allen | 11/22/2006 | 0.15 | 48.75 | GN8260 | Further motion revisions. |
| Gregory B Allen | 11/28/2006 | 1.25 | 231.25 | GN7104 | Research contempt motion and standards in preparation for hearing on Friday, December before Judge Presnell. |
| Beverley Deacon | 11/28/2006 | 1.00 | 85.00 | GN9133 | Conduct internet search of website address www.homesandlandrealty.net. Prepare affaidavit and exhibits regarding search. |
| Herbert L. Allen | 11/28/2006 | 2.25 | 731.25 | GO4368 | Draft reply in Contempt proceeding; draft Deacon affidavit; organize attachments to Deacon affidavit. |
| Herbert L. Allen | 11/30/2006 | 1.75 | 568.75 | GO4358 | Revise reply on Contempt Motion and revise exhibits. |
| Herbert L. Allen | 12/1/2006 | 1.00 | 325.00 | GO3068 | Travel to U.S District Court and attend hearing before Judge Presnell on Contempt Motion. |
| **Total** | | 22.20 | $5,022.00 | | |

## Expenses

| Code | Name | Date | $ Value | | |
|---|---|---|---|---|---|
| FEDEX | Federal Express Charges | 9/18/06 | 13.48 | | |
| CP | Photocopy Charges | 9/22/06 | 1.20 | | |
| FAX | Facsimile | 10/3/06 | 0.30 | | |
| **Total** | | | $14.98 | | |

| Code | Name | | Date | Expenses $ Value | |
|---|---|---|---|---|---|
| FEDX | Federal Express Charges | 09/18/06 | 13.48 | | |
| CP | Photocopy Charges | 09/22/06 | 1.20 | | |
| FAX | Facsimile | 10/03/06 | 0.30 | | |
| Total | | | $14.98 | | |