**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HOMES & LAND AFFILIATES, LLC,**

    **Plaintiff,**

**-vs-**                Case No. 6:05-cv-1812-Orl-31KRS

**HOMES & LAND OF AMERICA, INC., et al.,**

    **Defendants.**

_____

### ORDER TO SHOW CAUSE

Upon consideration of the Plaintiff's Second Motion for Civil Contempt (Doc. 63), it is

**ORDERED** that Defendants shall show cause in writing within 11 days from the date of this Order why the Motion should not be granted. No extensions will be allowed.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on December 22, 2006.

                       GREGORY A. PRESNELL
                       UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties